# EXHIBIT 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUDIT ENDORSEMENT

| *Attached To and Forming Part of Policy* <br> 0100141325-0 | *Effective Date of Endorsement* <br> 02/18/2022 12:01AM at the Named Insured address shown on the Declarations | *Named Insured* <br> Vanguard Towers Inc |
|---|---|---|
| *Additional Premium:* <br> $63,591 | *Return Premium:* | |

**Policy Change Number: 7**

**This endorsement modifies insurance provided under the following:**

**ALL COVERAGE FORMS**

### SCHEDULE

| Exposure Estimate: | Rate: | Deposit Premium: |
|---|---|---|
| $3,100,000 Gross Sales | $9.6390 | $29,881 |

| Audited Exposure: | Rate: | Audit Premium: |
|---|---|---|
| $9,697,316 Gross Sales | $9.6390 | $93,472 |

| Audit Premium less Deposit Premium equals Net Amount of Change in Premium (Additional Premium): | $63,591 |
|---|---|

At the close of each audit period, we compute the total earned premium for that period, shown above as **Audit Premium**. If the audit generates **Additional Premium**, the **Additional Premium** amount shown in this endorsement is due and payable upon notice to the first Named Insured.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.