# EXHIBIT 2

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUDIT ENDORSEMENT

| *Attached To and Forming Part of Policy* <br> 0100141353-0 | *Effective Date of Endorsement* <br> 02/18/2022 12:01AM at the Named Insured address shown on the Declarations | *Named Insured* <br> Vanguard Towers Inc |
|---|---|---|
| *Additional Premium:* <br> $43,342 | *Return Premium:* | |

**Policy Change Number: 6**

**This endorsement modifies insurance provided under the following:**

**ALL COVERAGE FORMS**

**SCHEDULE**

| **Exposure Estimate:** | **Rate:** | **Deposit Premium:** |
|---|---|---|
| $3,100,000 Gross Sales | $6.60 | $20,660 |

| **Audited Exposure:** | **Rate:** | **Audit Premium:** |
|---|---|---|
| $9,697,316 Gross Sales | $6.60 | $64,002 |

| Audit Premium less Deposit Premium equals Net Amount of Change in Premium (Additional Premium): | $43,342 |
|---|---|

At the close of each audit period, we compute the total earned premium for that period, shown above as **Audit Premium**. If the audit generates **Additional Premium**, the **Additional Premium** amount shown in this endorsement is due and payable upon notice to the first Named Insured.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.