# EXHIBIT 3

# Melanie Derefinko

| | |
|---|---|
| **From:** | Laura Vandersteeg <LVandersteeg@fbbins.com> |
| **Sent:** | Thursday, March 30, 2023 10:42 AM |
| **To:** | Randy Bailey |
| **Cc:** | John Baldwin |
| **Subject:** | Outstanding Balance to FBBINSURANCE |
| **Attachments:** | Vanguard Statement 033023.pdf |

Randy,

Attached is our current statement reflecting amounts owed by Vanguard Towers, Inc. to FBBI.   Please note that credits resulting from the cancellation of the 2022 – 2023 General Liability and Umbrella policies were inadvertently and erroneously included on our prior statement dated January 3, 2023.  Those credits should have been and will be applied to amounts due and owing by Vanguard Towers, Inc. to AFCO (finance company) for the 22-23 policy period.  Please remit payment to FBBI in the amount of $112,119.25 immediately.

Thank you,
Laura

**Laura Alice VanderSteeg CIC, CISR** | Senior Client Executive
**FBBI**NSURANCE | P.O. Box 1490 | Jackson, MS 39215
PAYMENT ADDRESS: P.O. Box 22505 | Jackson, MS 39225
O: 601-960-7461 | F: 601-208-3061 | LVanderSteeg@fbbins.com



Coverage cannot be altered, deleted, bound, or cancelled as a result of voice mail, email or text message. Fisher Brown Bottrell Insurance, Inc., may electronically deliver policy documents, including audits, policy changes, billing, and coverage related correspondence. If required by applicable law, consent will be requested prior to electronic delivery of policy documents. If you prefer a paper copy, please let us know.

CONFIDENTIALITY NOTICE:
This email and any attachments are confidential.  If you are not the intended recipient, any further dissemination or use of this email is prohibited.  If you have received this email in error, please notify us immediately by returning it to the sender.  You should then delete all copies from your system and destroy any hard copies you may have made.  Thank you for your cooperation.



**Fisher Brown Bottrell INSURANCE, INC.**

P.O. Box 22505
Jackson, MS 39225-2505

(601)960-8200

Vanguard Towers, Inc.
807 Drago Street
West Monroe, LA 71291

## Statement

Amount Paid: _____

| Account Number | Amount Due | Statement As Of |
|---|---|---|
| VANGTOW-01 | $112,119.25 | 3/30/2023 |

Producer: John Baldwin, CSP, ARM
Account Mgr: HEWAL1

| Invoice # | Trans | Eff Date | Policy Number | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 112771 | AUDI | 2/18/2021 | 01001413250 | 21 22 GL-S AUDIT | $63,591.00 | $63,591.00 |
| 112771 | SLTX | 2/18/2021 | 01001413250 | Surplus Lines Tax for GL-S | $3,084.16 | $3,084.16 |
| 112774 | AUDI | 2/18/2021 | 01001413530 | 21 22 UM-S AUDIT | $43,342.00 | $43,342.00 |
| 112774 | SLTX | 2/18/2021 | 01001413530 | Surplus Lines Tax for UM-S | $2,102.09 | $2,102.09 |

| Pre-Bill | 0-30 | 31-60 | 61-90 | Over 90 | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $112,119.25 | $112,119.25 |

*To pay by credit card, please visit our website at www.trustmark.com/fbbi.html, select "Client Resources" and "Pay Premium".*

*A 3% service fee will be assessed at processing for Visa, Mastercard & Discover. A 3.5% fee will be assessed on Amex.*

3/30/2023

PLEASE RETURN ONE COPY WITH YOUR REMITTANCE TO:

Post Office Box 22505

Jackson, MS 39225-2505

1 of 1