## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **FISHER BROWN BOTTRELL INSURANCE, INC.** | * | **CIVIL ACTION NO. 23-CV-00429** |
| **Plaintiff,** | * | |
| | * | **JUDGE DONALD E. WALTER** |
| | * | |
| **v.** | * | **MAGISTRATE JUDGE KAYLA D.** |
| | * | **MCCLUSKY** |
| **VANGUARD TOWERS, INC.** | * | |
| **Defendant** | * | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fisher Brown Bottrell Insurance, Inc. states that it is wholly owned by Trustmark National Bank.

Trustmark National Bank is wholly owned by Trustmark Corporation.

Trustmark Corporation is a publicly traded corporation.  BlackRock Inc. is a publicly traded corporation that owns more than 10% of Trustmark Corporation's stock.

Respectfully submitted,

  _/s/  Carey L. Menasco_
Carey L. Menasco (La. Bar No. 28131)
Melanie Derefinko (La. Bar No. 37658)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone:      (504) 581-7979
Facsimile:      (504) 556-4108
Email: clmenasco@liskow.com
           mderefinko@liskow.com

*Attorneys for Fisher Brown Bottrell Insurance, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that she has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 4th day of April, 2023, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

<u>    /s/   Carey L. Menasco            </u>

6067028