AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-429

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Randy Bailey__
was received by me on *(date)* __4/5/2023__.

☒ I personally served the summons on the individual at *(place)* __807 Drago St West Monroe, LA 71291__ on *(date)* __April 14, 2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4-17-2023__

Server's signature: __Robert E. Harris__

Printed name and title: __Robert E Harris Jr__

Server's address: __2004 Sherwood Ave, Monroe, LA 71201__

Additional information regarding attempted service, etc:

Service was attempted on 4/6/2023, but Randy Bailey was out of state.