UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **FISHER BROWN BOTTRELL INSURANCE, INC.** | * | **CIVIL ACTION NO. 23-CV-00429** |
| Plaintiff, | * | |
| | * | **JUDGE DONALD E. WALTER** |
| v. | * | |
| | * | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |
| **VANGUARD TOWERS, INC.** | * | |
| Defendant | * | |

## JUDGMENT

Considering the Motion for Default Judgment filed by Fisher Brown Bottrell Insurance, Inc. and further considering the law, the Complaint (Doc. No. 1), the exhibits, the memoranda, and the record, including the Clerk of Court's entry of default against Vanguard Towers, Inc. on May 8, 2023 (Doc. No. 9), the Clerk of Court does hereby render judgment in favor of Fisher Brown Bottrell Insurance, Inc. and against Vanguard Towers, Inc. as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Default Judgment filed by Fisher Brown Bottrell Insurance, Inc. is **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be, and hereby is, entered in favor of Fisher Brown Bottrell Insurance, Inc. and against Vanguard Towers, Inc., in the amount of $112,119.25, with post-judgment interest accruing on the judgment amount from the date of entry of judgment until paid, pursuant to 28 U.S.C. § 1961, and any taxable costs awarded pursuant to Fed. R. Civ. P. 54(d)(1) and LR54.3.

**JUDGMENT, READ, RENDERED AND SIGNED** this 11th day of July, 2023 in Shreveport, Louisiana.

_____
For: Hon. Tony R. Moore
Clerk of Court, United States District Court
For the Western District of Louisiana

6089936